**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SUSAN FISHER, Derivatively on Behalf of CELGENE CORPORATION,<br><br>      Plaintiff,<br><br> v.<br><br>MARK J. ALLES, PETER N. KELLOGG, MICHAEL D. CASEY, JAMES J. LOUGHLIN, ERNEST MARIO, CARRIE S. COX, MICHAEL A. FRIEDMAN, RICHARD W. BARKER, MICHAEL W. BONNEY, JULIA A. HALLER, JOHN H. WEILAND, HANS E. BISHOP, PATRICIA A. HEMINGWAY HALL, ROBERT J. HUGIN, JACQUALYN A. FOUSE, GILLA KAPLAN,<br><br>      Defendants,<br><br> -and-<br><br>CELGENE CORPORATION, a Delaware corporation,<br><br>      Nominal Defendant. | Case No. 1:18-cv-01624-MN<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>DEMAND FOR JURY TRIAL |

**STIPULATION OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

WHEREAS, on October 19, 2018, plaintiff Susan Fisher filed a shareholder derivative action on behalf of Celgene Corporation under the caption *Fisher v. Alles, et al.*, No. 1:18-cv-01624-MN, in the United States District Court for the District of Delaware;

WHEREAS, plaintiff, through her counsel of record and pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action without prejudice;

WHEREAS, the Parties agree that the dismissal is not, and shall not be deemed to be, an adjudication of the action on the merits, and that each Party shall bear his, her, or its own fees and costs incurred in connection with the action;

WHEREAS, no defendant has served an answer or motion for summary adjudication in Plaintiff's action (*see* Rule 41(a)(1)(A)(i)); and

WHEREAS, the Parties submit that notice of the voluntary dismissal to shareholders (*see* Rule 23.1(c)) is not required here because (i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the Parties; (iii) neither Plaintiff nor her counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal; and (iv) the dismissal is without prejudice.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties hereto, through their undersigned counsel, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and subject to the Court's approval, that:

1. This action shall be dismissed in its entirety without prejudice; and

2. The parties are to bear their own costs, fees, and expenses.

IT IS SO STIPULATED.

Dated: November 13, 2018　　　　　　　　　　**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*
BLAKE A. BENNETT (#5133)
The Brandywine Building
1000 West Street, 10th Floor
P.O. Box 1680
Wilmington, DE 19899-1680
(302) 984-3889

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
STEVEN R. WEDEKING
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
　　　　csmith@robbinsarroyo.com

swedeking@robbinsarroyo.com

*Attorneys for Plaintiff*

Dated: November 13, 2018

**ROSS ARONSTAM & MORITZ LLP**

*/s/ Garrett B. Moritz*
GARRETT B. MORITZ (#5646)
100 S. West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600

WILLIAMS & CONNOLLY LLP
GEORGE A. BORDEN
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5563
Facsimile: (202) 434-5029
E-mail: GBorden@wc.com

*Attorneys for Defendants Mark J. Alles, Peter N. Kellogg, Michael D. Casey, James J. Loughlin, Ernest Mario, Carrie S. Cox, Michael A. Friedman, Richard W. Barker, Michael W. Bonney, Julia A. Haller, John H. Weiland, Hans E. Bishop, Patricia A. Hemingway Hall, Robert J. Hugin, Jacqualyn A. Fouse, Gilla Kaplan, and nominal defendant Celgene Corporation*

\*\*\*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

THE HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE